UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER J. POTTER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:19-CV-2234 JAR |
| DEBBIE ECHELE, | ) ) ) |
| Defendant. | ) ) |

## MEMORANDUM AND ORDER

Plaintiff, a prisoner, moves for leave to proceed in forma pauperis in this civil action under 42 U.S.C. § 1983. Under 28 U.S.C. § 1915(b), plaintiff is required to submit a certified copy of his prison trust account statement for the six-month period before the filing of the complaint. He has not done so.

Accordingly,

**IT IS HEREBY ORDERED** that, within thirty (30) days from the date of this Order, plaintiff must submit a copy of his prison trust account statement for the six-month period before the filing of the complaint.

Dated this 31st day of July, 2019.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE