# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER J. POTTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:19-CV-02234 JAR |
| | ) | |
| DEBBIE ECHELE, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Motion for Appointment of Counsel (Doc. No. 18). Plaintiff asserts that he cannot adequately represent himself in this case because he has limited access to the law library and limited knowledge of the law. Plaintiff first requested appointment of counsel on July 26, 2019. (Doc. No. 2). His request was considered in light of relevant factors, see Johnson v. Williams, 788 F.2d 1319, 1322-23 (8th Cir. 1986) and Nelson v. Redfield Lithograph Printing, 728 F.2d 1003, 1004 (8th Cir. 1984), and denied without prejudice on March 23, 2020. (Doc. No. 7).

Upon consideration, the Court will deny Petitioner's latest request for appointment of counsel. The Court finds nothing in the record to cause it to reconsider its previous order denying Petitioner's motion for appointment of counsel. Again, this case is neither factually nor legally complex. Moreover, Petitioner has demonstrated that he can adequately present his claims to the Court.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Appointment of Counsel [18] is **DENIED** without prejudice.

Dated this 8th day of September, 2020.

_____
**JOHN A. ROSS
UNITED STATES DISTRICT JUDGE**